PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     Brendon.Hansen@usdoj.gov
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

Attorney for Defendant Louis DeJoy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN EBEL, | CASE NO. 2:21-cv-1382 JAM DMC |
| Plaintiff, | **ORDER TO SCHEDULE SETTLEMENT CONFERENCE** |
| v. | |
| LOUIS DEJOY, Postmaster General of the United States Postal Service | |
| Defendant. | |

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the parties' stipulation for a settlement conference before the Honorable Carolyn K. Delaney is APPROVED.  Settlement Conference set for 1/23/2023 at 9:30 AM before Magistrate Judge Carolyn K. Delaney.

IT IS FURTHER ORDERED that discovery cut-off is extended to March 17, 2023.

IT IS SO ORDERED.

Dated:  December 16, 2022         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

ORDER RE SETTLEMENT CONFERENCE                    1