PHILLIP A. TALBERT
Acting United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     Brendon.Hansen@usdoj.gov
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

Attorney for Defendant
LOUIS DEJOY, Postmaster General of
the United States Postal Service

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN EBEL, | CASE NO. 2:21-cv-01382-JAM-DMC |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| LOUIS DEJOY, Postmaster General of the United States Postal Service | |
| Defendant. | |

## ORDER

Pursuant to the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Conference previously set for July 7, 2023, is **RESET** to **May 17, 2024, at 11:00 a.m.** and the Trial date previously set for August 21, 2023, is **RESET** to **August 19, 2024, at 9:00 a.m**.  The requirements for Pretrial Statements under Local Rule 280, the Pretrial Order under Local Rule 283, and Trial Briefs under Local Rule 285 are continued to correspond with the re-set Pretrial Conference and Trial dates.

//

//

ORDER                                               1

Counsel shall contact Judge Mendez' Courtroom Deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

IT IS SO ORDERED.

Dated: June 28, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE