1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT FOR THE**
9                           **EASTERN DISTRICT OF CALIFORNIA**
10
11
12
13   ROBIN EBEL,                          **CONSENT ORDER**
14      Plaintiff,
15         v.                             Case No.: 2:21-cv-01382-JAM-DMC
16   LOUIS DEJOY,
17      Defendant.
18
19      The parties have filed a Stipulation and Consent to Bench
20   Trial Before Magistrate Judge (ECF No. 27).  According to E.D.
21   Cal. LR. 305, both the district court judge assigned to the case
22   and the magistrate judge must approve the reference to the
23   magistrate judge.
24      The undersigned has reviewed the file herein and recommends
25   that the above-captioned case be reassigned and referred to the
26   magistrate judge for all further proceedings and entry of final
27   judgment.
28

1

1 IT IS HEREBY ORDERED that any hearing dates currently set
2 before the undersigned are **VACATED.**
3 IT IS FURTHER ORDERED that the Clerk of the Court reassign
4 this case to the Honorable, Magistrate Judge Dennis M. Cota.  The
5 parties shall please take note that all documents hereafter filed
6 with the Clerk of the Court shall bear case number: **2:21-CV-**
7 **01382-DMC.**

Dated: April 15, 2024       /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated:  April 16, 2024      

                            THE HONORABLE DENNIS M. COTA
                            UNITED STATES MAGISTRATE JUDGE