IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBIN EBEL, | No. 2:21-CV-1382-DMC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LOUIS DeJOY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained, brings this civil action. Upon consent of the parties and reassignment of this action to the undersigned for all purposes, the parties appeared for a case management conference on May 2, 2024. Wendy Musell, Esq., appeared for Plaintiff. Brendon Hansen, Esq., appeared for Defendant. Good cause appearing therefor, the Court hereby sets dates for a final pre-trial conference and commencement of a bench trial in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Pursuant to the Court's prior scheduling orders, all discovery in this case is closed.

2. A final pre-trial conference is set for October 30, 2024, at 10:00 a.m., in Courtroom 1, before the undersigned in Sacramento, California. The parties shall meet and confer and file a joint pre-trial statement pursuant to Eastern District of California Local Rule 281 on or before October 16, 2024.

3. The Court will hear arguments and rule on any motions in limine at the time of the pre-trial conference. The parties shall file motions in limine on or before October 2, 2024. Opposition briefs shall be filed on or before October 16, 2024. Any arguments in reply will be considered orally at the pre-trial conference.

4. A five-day bench trial is set to commence on January 21, 2025, at 9:00 a.m., in Sacramento, California.[1] Court will be in session until 4:30 p.m. After the first day of trial, proceedings will commence at 9:30 a.m. and conclude at 4:30 p.m.

Dated: May 9, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties had stipulated to commence the bench trial on January 20, 2025. That day, however, is the federal Martin Luther King, Jr., holiday and the court will be closed.