JEAN K. HYAMS, ESQ. State Bar No. 144425
E-Mail: jean@vinickhyams.com
VINICK HYAMS LLP
66 Franklin Street, Suite 300
Oakland, CA 94607
Tel.: (510) 318-7703
Fax: (510) 318-7701

Wendy E. Musell (State Bar No. 203507)
LAW OFFICES OF WENDY MUSELL
180 Grand Avenue, Suite 1300
Oakland CA 94612
Tel: (510) 270-2252
Fax: (510) 228-1391
wmusell@wendymuselllaw.com

Attorneys for Plaintiff
ROBIN EBEL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN EBEL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, Postmaster General of the United States Postal Service<br><br>　　　　　　Defendant. | CASE NO. 2:21-cv-1382 DMC<br><br>**STPULATED ORDER TO MODIFY MAY 9, 2024, ORDER** |

　　　Good cause appearing based on stipulation filed by the parties, the Court grants the parties' request to continue the trial and pretrial dates in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the Pretrial Scheduling Order of May 9, 2024 is modified as follows:

    1.    The Pretrial Conference previously set for October 30, 2024, is continued to January 8, 2025, at 10:00 a.m. in Courtroom 1, before the undersigned in Sacramento, California;

    2.    The five-day Bench Trial previously set to begin January 22, 2025, is continued to April 7, 2025, at 9:00 a.m. in Redding, California; and

    3.    That the deadlines for pretrial filings are set as follows:

        a.    Motions in Limine are due December 6, 2024,

        b.    Oppositions to Motions in Limine and Pre-Trial Statement are due December 19, 2024.

Dated: July 17, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE