IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN EBEL,<br><br>              Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, Postmaster General of the United States Postal Service<br><br>              Defendant. | Case No. 2:21-cv-1382-DMC<br><br>**ORDER ADVANCING PRE-TRIAL CONFERENCE** |

By stipulation of the parties, and good cause appearing, the Pre-Trial Conference currently set for January 8, 2025, ECF No. 36, is advanced to January 6, 2025, beginning at 10:00 a.m. in Sacramento, California. All other dates and deadlines remain as previously ordered.

IT IS SO ORDERED.

**Dated: July 31, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Advancing Pre-Trial Conference      1