PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    Brendon.Hansen@usdoj.gov
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

Attorney for Defendant
LOUIS DEJOY, Postmaster General of
the United States Postal Service

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN EBEL,<br><br>  Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, Postmaster General of the United States Postal Service<br><br>  Defendant. | CASE NO. 2:21-cv-1382-DMC<br><br>**STIPULATED ORDER** |

Good cause appearing based on the stipulation filed by the parties, the Court grants the parties' request to continue the pretrial dates in this matter.

Accordingly, IT IS HEREBY ORDERED that the Pretrial Scheduling Order dated May 9, 2024, and modified on July 17, 2024, and July 31, 2024, is further modified as follows:

1. The Pretrial Conference previously set for January 6, 2025, is continued to February 18, 2025, at 10:00 a.m. in Courtroom 1, before the undersigned in Sacramento, California;

2. That the deadlines for pretrial filings are set as follows:

  a. Motions in Limine are due January 27, 2025,

///

b.  Oppositions to Motions in Limine and Pre-Trial Statement are due on February 10, 2025.

**Dated:  December 2, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE